

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00631-CV

**IN THE INTEREST OF A.B.R.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02483
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED March 11, 2020.

_____
Irene Rios, Justice